IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


GWENDOLYN PORTER, *Administratrix*   :
*of the Estate of Jamere Porter, deceased*
     Plaintiff,     :

    v.           CIVIL ACTION
          :    NO. 16-2252

CROZER CHESTER MEDICAL
CENTER, INC.; MOHAMMED H. BUDEIR;   :
TIMOTHY J. HARRISON; MARCIN A.
JANKOWSKI; UNKNOWN PHYSICIANS OF
CROZER CHESTER MEDICAL CENTER, INC.;   :
COUNTY OF DELAWARE, PENNSYLVANIA;
COMMUNICATION EDUCATION
CENTER, INC.; JAMES E. HYMAN; FRANK   :
GREEN; STEVE C. TOMLIN; MELISSA
WEGLARZ; RONALD B. PHILLIPS;
MARGARET GRIFFITH; DOROTHY MURRY;   :
SUSAN KENDRA; CATHERINE HALSTEAD;
LYNN MILANO; SARAH SPERBER; and
UNKNOWN CORRECTIONAL OFFICERS -   :
EMPLOYEES OF COMMUNITY
EDUCATIONAL CENTER, INC. AND
DELAWARE COUNTY, PA
      Defendants.


## ORDER

    AND NOW, this 1st day of June, 2017, upon consideration of Defendants Delaware
County, the Communication Education Center, Inc., James Hyman, Frank Green, Steve C.
Tomlin, Melissa Weglarz, Margaret Griffith, Dorothy Murry, Susan Kendra, and Lynn Milano's
Motion to Dismiss ("Delaware County MTD") (ECF No. 32) and Plaintiff's Response thereto
(ECF No. 37), Defendant Ronald B. Phillips's Motion to Dismiss ("Phillips MTD") (ECF No.
33) and Plaintiff's Response thereto (ECF No. 38), and Defendants Catherine Halstead and Sarah
Sperber's Motion to Dismiss (H&S MTD) (ECF No. 40) and Plaintiff's Response thereto (ECF
No. 47), it is hereby ORDERED as follows:

     (1)   The Delaware County MTD (ECF No. 32) is GRANTED IN PART;

     (2)   The Phillips MTD (ECF No. 33) is GRANTED IN PART;

     (3)   The H&S MTD (ECF No. 40) is GRANTED IN PART;

(4)     Counts III, VII, and XI are DISMISSED with prejudice as to all
        defendants;

(5)     Count IV is DISMISSED with prejudice as to James Hyman, Frank Green,
        Steve C. Tomlin, and Melissa Weglarz;

(6)     All claims against Sarah Sperber are DISMISSED with prejudice.




                                        BY THE COURT:


                                        /s/ C. Darnell Jones, II
                                        _____
                                        C. Darnell Jones, II     J.